IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UDERA G. LEE, | No. CIV S-04-1484-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

        On February 27, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2006, are adopted in full;

2. Plaintiff's motion for judgment on the pleadings is granted;

3. Defendant's cross-motion for summary judgment is denied;

4. This matter is remanded for further proceedings; and

5. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 31, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2