McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UDERA G. LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-01484-WBS-CMK**<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL ACCESS<br>TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the EAJA in the amount of TWO THOUSAND NINE HUNDRED SEVENTY AND 00/100 DOLLARS ($2,970.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA.

EAJA Stip & Order - 04-01484-WBS-CMK            1

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall furnish to Defendant's counsel, and Defendant's counsel shall retain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: May 1, 2006        By:    /s/ Bruce J. Hagel
                                 BRUCE J. HAGEL
                                 Attorney at Law
                                 Attorney for Plaintiff

DATED: May 1, 2006        McGREGOR W. SCOTT
                          United States Attorney
                          BOBBIE J. MONTOYA
                          Assistant U.S. Attorney

                          By:    /s/ Bobbie J. Montoya for
                                 MICHAEL A. CABOTAJE
                                 Special Assistant U. S. Attorney
                                 Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS, CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:  May 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EAJA Stip & Order - 04-01484-WBS-CMK            2